# Exhibit A

GRC
GUN RANGE CONSTRUCTION

**Price, Including Freight and Installation.................................. US $637,167.00**

**Notes:**
* One-Year Full Parts & Labor Warranty on Installed Equipment
*100% Fresh Air System with Energy Recovery System
*Includes complete design and installation to meet all government standards
*Freight to be calculated at time of order based on final equipment and range configuration
*Taxes and Installation included in contract price

**Contract must be signed by 02/24/2023 to hold prices. Beginning on 02/25/2023, an additional $8,800 will be added for HVAC price increase and will be good through 03/24/2023.**

## 2. DESIGNATION OF PARTY RESPONSIBILITIES

a. GRC
   i. GRC to provide minimum required specifications as needed for GRC provided equipment.
   ii. GRC to provide fundamental training on GRC installed systems.
b. Client
   i. Safe and reasonable access to job site
   ii. Dumpster Service during project and removal at completion

## 3. TERMS AND CONDITIONS

**Payment Terms: US funds deposited in advance of each phase**

**Payment Schedule:**

**Phase 1: 70% Down Payment – Engineering, Start of Steel Fabrication and Ordering All Components**
**Phase 2: 30% Delivery of Steel & Range Components**

The Terms and Conditions of this offer and contract supersede any and all former estimates, proposals, and communication.

This Contract, including all referenced documents, constitutes the entire agreement between the parties. No agent, representative, employee or officer of either GRC or Client or Client's company has authority to modify, add to or detract from, or otherwise change or alter its terms and conditions. No modifications, alterations, changes, or waiver to the Contract or any of its terms shall be valid or binding unless accomplished by a written amendment signed by both parties.

GRC reserves the right to make modifications in the design of its products without prior notification.

a. **Limitation of Liability:**

GRC
GUN RANGE CONSTRUCTION

Any work performed in the execution of this contract that causes death or personal injury to any individual will be the responsibility of the party of whom that individual is employed. Notwithstanding any provision to the contrary contained in this Contract, the maximum aggregate liability of GRC, and the maximum aggregate amount which may be awarded to and collected by the Client, (including, without limitation, in connection with the breach of any of Seller's Warranties for which a claim is timely made by Buyer) shall not exceed 15% of the Contract Amount (the "Cap"). GRC shall in no event be liable for loss of revenue, loss of profit, loss of business, or any incidental loss or damages, to include punitive damages. These clauses set out the entire liability of the Supplier (including any liability for the acts or omissions of its sub-contractors) in respect of any breach of this contract or orders placed under it and any representation, statement or tortuous act or omission including negligence arising under or in connection with the contract. All warranties, conditions and other terms implied by statute or common law are, to the fullest extent permitted by law, excluded from the contract.

**b. Exclusions:**

GRC's pricing excludes the following items unless noted immediately following this paragraph.

i. Relocation of existing utility features, regardless of status.
ii. Electrical Service
iii. Gas Service, if required
iv. Concrete Pad, if required
v. Utility Connection Fees
vi. Cost of Utilities to Property
vii. Temporary Utilities Needed for Construction
viii. Survey
ix. Civil Engineering
x. Parking Lot Lights
xi. Signage
xii. Security/AV/Televisions/Cameras
xiii. Merchandise Display Cases, Cabinets, and Racks
xiv. Trash Removal
xv. Curb Cuts or Driveway Permitting
xvi. Haul In or Haul Off Dirt
xvii. Any additional shipping or storage costs incurred due to error or delay caused by Client.
xviii. Bar Joists & Angle Iron for Baffles
xix. TPM or Tyvek to Encapsulate Range Top
xx. Trenching

Notes: **NONE**

GRC will not be responsible for payment of the following statutory items unless noted immediately following this paragraph:

| | | |
|---|---|---|
| i. Permitting Costs | ii. Fees | iii. Bonds |
| iv. Licenses | v. Other Charges | vi. Special Inspection Costs |

Notes: **NONE**

GRC
GUN RANGE CONSTRUCTION

The Client takes full responsibility for compliance with all laws, rules, regulations, codes, ordinances and statutes (collectively, "Laws") applicable to the purchased equipment or to the conduct of its business. The Client is responsible for all permits, approvals, authorizations, licenses, and certificates necessary to conduct its business, unless mutually agreed to in advance in writing.

The Client agrees to treat this Contract and all associated proposals, construction documents, and drawings as proprietary information and as such, they shall not be disclosed, duplicated or reproduced, in whole or in part, without prior written consent of an authorized representative of GRC.

The Client agrees that all design documents prepared by GRC and its consultants for this project are the property of GRC. GRC retains all copyrights for its design documents and they shall not be used on other projects without the specific written consent of GRC.

IN WITNESS THEREOF, the parties hereto have agreed to and executed this CONTRACT on the dates beside their signatures.

| | | |
|---|---|---|
| *Thomas Wirthlin* (signature) | President | 4/20/23 |
| Thomas Wirthlin<br>Gun Range Construction, LLC | Title | Date |
| (signature) | Owner | 3-20-23 |
| TJ Slomka<br>Old School Iron Gym and<br>The Academy Athletics | Title | Date |

GRC
GUN RANGE CONSTRUCTION

# CONTRACT

January 30, 2023

TJ Slomka
Old School Iron Gym and The Academy Athletics
5139 W. 140th
Brook Park, OH 44142

GRC Contract No.: **OSIG23990130 Rev. 0**

This Contract is between Gun Range Construction, LLC (GRC) and Old School Iron Gym and The Academy Athletics (Client).

Gun Range Construction, LLC will fabricate and install in-door range components to meet the following requirements:

## 1. GENERAL SCOPE OF WORK

**1 Rifle Rated Bay with 6 Fixed Firing Lines each @ 25 Yards with 30' Tactical (Dynamic) Application**

**Bullet Trap** – GRC Rubber Berm Bullet Trap (rated up to 3500 fps)
**Baffles** – 1/4" AR500 steel with plywood, 2X4 furring, and 1 1/2" ballistic rubber covering
**30' Tactical Application (for downrange training & classes)**– 1/4" AR500 steel with plywood, 2X4 furring, and 2" ballistic rubber covering on side walls and continuous overhead baffling from the bullet trap coming back up range for 30' for downrange, dynamic training/classes
**Shooting Stalls** – GRC "Blast Shield" Shooting Stalls, Rifle Rated, includes 2" ballistic rubber panels 10' down range on side walls in front of shooting stalls for sound abatement
**Shooting Stall Tables** – GRC Manual Height Adjustable Shooting Table
**Target Retrieval System** – Spire Command Recon target retriever system with wireless, individually programmable, turning targets with computer
**Wall Protection and Sound Abatement** – 2" GRC Ballistic Rubber Panels on remaining sidewalls 8' high from firing line to beginning of tactical treatment area (which already has panels accounted for on the side walls) for sound absorption and wall protection
**Range HVAC/Filtration with Energy Recovery System** –

- GRC to install complete 100% Fresh Air Energy Recovery Filtration System with Heat/AC
- GRC guarantees all equipment to meet all Federal/State/Local codes for air quality
- Quote includes all Stamped Mechanical Engineering for Permitting
- Includes Supply Fan & Ductwork to Main Unit to Keep Off Roof